

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2025

04-24-00872-CV

**IN RE** Honorable Christine **VASQUEZ – HORTICK**, Judge, 225th District Court, Bexar County, Texas

Original Proceeding[1]

### ORDER

On December 26, 2024, relators filed a petition for writ of mandamus. After considering the mandamus petition and the record, we conclude relators are not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on January 15, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] Judge Vasquez – Hortick initiated this original proceeding, on behalf of herself and the 225th District Court, Bexar County, Texas, to challenge the inclusion of the 225th District Court in the Bexar County Presiding Court System.